DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRITTANY EADS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0590

[January 8, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432022CF001065CFAXMX.

Daniel Eisinger, Public Defender, and Siobhan Helene Shea, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Joseph Mollica, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***